IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 14 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00393-BNB

SHON MONTEZ,

    Plaintiff,

v.

TRAVIS HACZINSKI, an EMT at Englewood FCI,
FIVE JOHN/JANE DOES, Medical Staff at Englewood or Florence BOP Facilities,
THOMAS G. KRAUS, M.D., at Englewood FCI,
CHARLIE KUDLAUSKAS, P.A. at Englewood FCI, and
PERCIVIL URBAN, MLP, at Englewood, Colorado FCI,

    Defendants.

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED March 14, 2011, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  11-cv-00393-BNB

Shon Montez
Reg. No. 09266-030
FPC - Florence
PO Box 5000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on March 14, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk