```
                                                       FILED
                                                UNITED STATES DISTRICT COURT
                                                    DENVER, COLORADO
```

IN THE UNITED STATES DISTRICT COURT  MAR 2 1 2011
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello    GREGORY C. LANGHAM
                                          CLERK

Civil Action No. 11-cv-00393-CMA-KLM

SHON MONTEZ,

    Plaintiff,
v.

TRAVIS HACZINSKI, an EMT an Englewood FCI,
FIVE JOHN/JANE DOES, Medical Staff at Englewood or Florence BOP Facilities,
THOMAS G. KRAUS, M.D., at Englewood FCI,
CHARLIE KUDLAUSKAS, P.A. at Englewood FCI, and
PERCIVIL URBAN, MLP, at Englewood, Colorado FCI,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendants or counsel for Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on Defendants.

DATED: March __18__, 2011

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge

Case 1:11-cv-00393-CMA-KLM   Document 7   Filed 03/21/11   USDC Colorado   Page 3 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  11-cv-00393-CMA-KLM

Shon Montez
Reg. No. 09266-030
Florence Federal Prison Camp
P.O. Box 5000
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: Travis Haczinski, Thomas G. Kraus, M.D., Charlie Kudlauskas, and Percivil Urban, MLP

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Travis Haczinski, Thomas G. Kraus, M.D., Charlie Kudlauskas, and Percivil Urban, MLP; to United States Attorney General; and to the United States Attorney's Office: COMPLAINT FILED 02/15/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on March 21, 2011.

                                            GREGORY C. LANGHAM, CLERK

                                            By: _____
                                                          Deputy Clerk